(No. 5477-)

HENSON & MILLS OIL COMPANY, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed August 30, 1971.*

WILLIAM R. TODD, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.